```
 1  FRANK X. DIPOLITO (137157)
    ROSS I. LANDAU (259260)
 2  SWAIN & DIPOLITO LLP
    555 East Ocean Boulevard, Suite 600
 3  Long Beach, California 90802
    Telephone:  (562) 983-7833
 4  Facsimile:  (562) 983-7835
    E-mail: fdipolito@swaindipolito.com
 5          rlandau@swaindipolito.com

 6  Attorneys for Defendant, Cross-Defendant,
    and Cross-Claimant, QUIK PICK EXPRESS, LLC
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIGHT EQUITY A.P. X, LP d/b/a VISION EASE LENS, | Case No. CV 11-9652 MWF (PJWx) |
| Plaintiff, | Honorable Michael W. Fitzgerald |
| vs. | |
| INDEPENDENT PACKING SERVICES, INC.; QUIK PICK EXPRESS, LLC; and DOES 1 through 8, Inclusive, | ORDER RE: DISMISSAL OF CERTAIN CLAIMS |
| Defendants. | |
| AND RELATED CLAIMS. | |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled action be and is hereby dismissed in its entirety, with the exception of the claims asserted in A.P. MOLLER-MAERSK A/S dba MAERSK LINE ("APMM") and MAERSK EQUIPMENT SERVICE COMPANY, INC. dba DIRECT CHASSISLINK, INC. ("MESC")'s respective Cross-Claims against QUIK PICK EXPRESS, LLC.  All claims dismissed herein shall be dismissed with prejudice, each party to bear its own costs and fees.

///

1    IT IS FURTHER ORDERED that the Order to Show Cause Re:
2 Dismissal, currently set for January 14, 2013, at 11:30 a.m., be
3 taken off calendar and that an Order to Show Cause Re: Dismissal
4 of APMM and MESC's Cross-Claims be set for March 4, 2013, at
5 11:30 a.m.

8 DATED: January 10, 2013          _____
                                    HON. MICHAEL W. FITZGERALD
9                                   UNITED STATES DISTRICT JUDGE